IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DANIEL ERIC COBBLE, | : | |
| Plaintiff | : | |
| VS. | : | |
| | : | CIVIL No: 5:14-CV-0313-MTT-MSH |
| ERIC SELLERS, Warden, | : | |
| Defendant. | : | |

## ORDER

Presently pending before the Court is Plaintiff, Daniel Eric Cobble's motion to arrest Judge Treadwell. (ECF No. 11.) "Judges are absolutely immune from civil liability . . . for acts performed in their judicial capacity, provided such acts are not done in the clear absence of all jurisdiction." *Roland v. Phillips,* 19 F.3d 552, 555 (11th Cir.1994). Plaintiff apparently claims Judge Treadwell committed some type of crime with his statements in the Order filed in this case on September 26, 2014. (ECF No. 5.) In filing an Order in this case, Judge Treadwell was clearly acting within his judicial capacity. Furthermore, given that 28 U.S.C. § 2241 confers jurisdiction upon the district court over habeas actions brought under § 2241, the Court has jurisdiction over Plaintiff's case. Therefore, Judge Treadwell enjoys absolute judicial immunity for the Order complained of by Plaintiff, and Plaintiff's motion is denied.

SO ORDERED, this 15th day of October, 2014.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE